UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 1:13-cv-00922-RM-MJW

RUTH HILLER,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,
a Wisconsin Corporation,

    Defendant.

_____

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR DISMISSAL OF CLAIMS AGAINST AMERICAN FAMILY MUTUAL INSURANCE COMPANY, WITH PREJUDICE**
_____

    The Court, having reviewed Plaintiff's Unopposed Motion for Dismissal of Claims Against American Family Mutual Insurance Company, With Prejudice, hereby

    ORDERS that all claims that Plaintiff asserted in this action against American Family Mutual Insurance Company are dismissed with prejudice; and

    FURTHER ORDERS that each party shall be responsible for her or its respective attorney fees and costs incurred in connection with this action;

SO ORDERED this 20th day of June, 2013.

BY THE COURT:

_____
Raymond P. Moore
United States District Judge